## 14224. SMITH *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the larceny of baled cotton. The motion for a new trial contained the usual general grounds only. The testimony of the defendant's accomplices as to his guilt was sufficiently corroborated by other evidence, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1923.

Indictment for larceny of cotton; from Spalding superior court — Judge Searcy. December 9, 1922.

*C. A. Byars, J. A. Darsey,* for plaintiff in error.

*E. M. Owen, solicitor-general, W. H. Beck, W. H. Connon* contra.

---

## 14228. PAYNE *v.* AMERICAN SURETY COMPANY.

BROYLES, C. J. Under repeated rulings of this court and of the Supreme Court, the striking of a portion of a defendant's plea is not a final judgment, and a bill of exceptions complaining of such a judgment only cannot be entertained by the reviewing court.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1923.

Complaint; from Taylor superior court — Judge Munro. October 13, 1922.

*Homer Beeland, Little, Powell, Smith & Goldstein,* for plaintiff in error.

*C. B. Marshall, J. W. Schell,* contra.